IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MELISA ARBINO,

                Plaintiff,        Case No. 3:06 CV 40010

   -vs-

                                    JUDGMENT ENTRY

JOHNSON & JOHNSON, et al.,

                Defendant.

KATZ, J.

        For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's motion to strike Plaintiff's motion for partial summary judgment (Doc. No 6) is denied and Defendant's motion to abstain from and certify the issue to the Ohio Supreme Court (Doc. No. 6) is granted.

        FURTHER ORDERED that Defendant's motion for an extension of time (Doc. No. 7) and motion to strike declaration (Doc. No. 13) are denied as moot.

        FURTHER ORDERED that Plaintiff's motion for partial summary judgment is held in abeyance pending completion of the certification process and a determination by the Ohio Supreme Court.

                                                               s/ *David A. Katz*
                                                               DAVID A. KATZ
                                                               U. S. DISTRICT JUDGE